UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05 CA 11883 WGY**

ARIBA, INC.,

        Plaintiff,

    v.

SKY TECHNOLOGIES, LLC

        Defendant.

C.A. NO.

RECEIPT # 66939
AMOUNT $ 250.00
SUMMONS ISSUED 1
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. M.S.
DATE 9/16/2005

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff ARIBA, INC., ("Ariba"), for its complaint against Sky Technologies

LLC ("Sky"), states as follows:

MAGISTRATE JUDGE JLA

### PARTIES

1.    Plaintiff Ariba is a Delaware corporation having its principal place of

business at 807 11th Avenue, Sunnyvale, California 94089. Ariba sells a line of software

products and related services referred to generically in its marketing materials as "Ariba

Spend Management Solutions." These products and services are intended to enable

enterprises to efficiently manage the purchasing of non-payroll goods and services

required to run their business.

2.    Defendant Sky is a Massachusetts limited liability company having its

principal place of business at 41 Rutland Square, Boston, Massachusetts 02118.

## **JURISDICTION AND VENUE**

3.     This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the patent laws of the United States, 35 U.S.C. § 1 *et. seq*. There exists an actual and justiciable controversy between Ariba and Sky.

4.     This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338, and 2201-2.

5.     This Court has personal jurisdiction over Sky because Sky has its principal place of business in this judicial district.

6.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391 and 1400.

## **GENERAL ALLEGATIONS**

7.     U.S. Patent No. 6,338,050 ("the '050 patent"), titled "System and Method for Providing and Updating User Supplied Context for a Negotiations System," issued on January 8, 2002 from an application filed November 16, 1998. The '050 patent identifies Jeffrey Conklin, David Foucher, and Daniel Foucher as inventors, and "Trade Access, Inc." as the assignee.

8.     U.S. Patent No. 6,141,653 ("the '653 patent"), titled "System for Interative, Multivariate Negotiations Over a Network," issued on October 31, 2000 from an application filed November 16, 1998. The '653 patent identifies Jeffrey Conklin, David Foucher, and Daniel Foucher as inventors, and "TradeAccess Inc." as the assignee.

9.     U.S. Patent No. 6,336,105 ("the '105 patent"), titled "System and Method for Representing Data and Providing Electronic Non-Repudiation in a Negotiations

2

System" issued on January 1, 2002 from an application filed November 16, 1998. The '105 patent identifies Jeffrey Conklin, David Foucher, and Daniel Foucher as inventors, and "Trade Access Inc." as the assignee.

10. The '050, '653, and '105 patents were all filed on the same day and have very similar if not identical specifications. They generally relate to systems for conducting negotiations over a network, such as the Internet, among two or more parties. The claims of the three patents are also very similar.

11. On December 18, 2003, Sky filed a complaint in the Eastern District of Texas against IBM Corporation ("IBM"), alleging, *inter alia*, that IBM had infringed and continues to infringe the '050, '653, and '105 patents, *Sky Technologies LLC v. IBM Corporation*, E.D. Texas Case No. 2:03-cv-00454-DF (the "IBM Litigation"). In that action Sky alleges that it is the successor-in-interest to Trade Access Inc. and to all of the rights to and interest in the '050, '653, and '105 patents.

12. Ariba has entered into certain agreements with IBM authorizing IBM to resell and to implement certain Ariba software products.

13. On August 26, 2005, Sky served a supplemental interrogatory response in the IBM litigation alleging that one basis for its patent infringement allegations against IBM is that IBM contributes to and/or induces infringement of the patents-in-suit by virtue of its actions with respect to Ariba products and services. Sky further provided a claim chart ("August 26 Claim Chart") setting forth its detailed contentions as to how certain of Ariba's products called Ariba QuickSource and Ariba Contract Workbench allegedly infringe claim 1 of the '653 patent. IBM provided this interrogatory response and claim chart to Ariba, and IBM has demanded indemnity from Ariba for Sky's claims

3

of patent infringement relating to Ariba products.

14. Immediately following its allegations that products sold by Ariba infringe the patents in suit as set forth in the August 26 Claim Chart, Sky served on Ariba a third-party subpoena broadly seeking all documents relating to all of Ariba's products. Sky informed Ariba in a letter dated August 31, 2005 that it was serving the subpoena regarding Ariba's products because "Sky believes these documents and information will show that IBM directly and/or contributorily infringes Sky's patents and that IBM has induced others to infringe Sky's patents". In the context of the August 26 Claim Chart, Ariba reasonably understands this letter to mean that Sky is seeking to immediately obtain documents and information from Ariba in an attempt to prove that Ariba's products directly infringe Sky's patents.

15. The allegations of infringement made by Sky in the IBM Litigation regarding Ariba's products, the subpoena then served on Ariba by Sky in connection with that action and the letter to Ariba, and the demand for indemnification by IBM, the relative sales volume of accused infringing products by Ariba compared to IBM and other facts and circumstances place Ariba in reasonable apprehension of an imminent lawsuit by Sky accusing Ariba of infringing the '050, '653, and '105 patents.

16. There exists a live, justiciable controversy between Ariba and Sky relating to the validity and Ariba's alleged infringement of the '050, '653, and '105 patents.

4

## FIRST CAUSE OF ACTION
## DECLARATORY RELIEF--INVALIDITY

17.    The allegations of paragraphs 1-16 above are incorporated herein.

18.    The claims of the '050, '653, and '105 patents are invalid on one or more
grounds specified in 35 U.S.C. §§ 101-112 as a condition of patentability.

19.    Ariba is entitled to declaratory judgment that the claims of the '050, '653,
and '105 patents are invalid.

## SECOND CAUSE OF ACTION
## DECLARATORY RELIEF--NONINFRINGEMENT

20.    The allegations of paragraphs 1-16 above are incorporated herein.

21.    Ariba has not infringed and is not infringing any claim of the '050, '653,
or '105 patents, either literally or under the doctrine of equivalents.

22.    Ariba has not contributed to infringement by others, or actively induced
others to infringe, any claim of the '050, '653, or '105 patents.

23.    Ariba is entitled to declaratory judgment of noninfringement in its favor.

5

## **PRAYER**

WHEREFORE, plaintiff Ariba prays this honorable Court for a judgment in its favor and against defendant Sky as follows:

> a) an entry of judgment that the claims of the '050, '653, and '105 patents are invalid;
>
> b) an entry of judgment that Ariba's software products and related services do not infringe, either directly or indirectly, any valid, enforceable claim of the '050, '653, or '105 patents;
>
> c) an entry of judgment that Ariba has not infringed, either directly or indirectly, any valid, enforceable claim of the '050, '653, or '105 patents;
>
> d) a declaration that Sky, its officers, agents, employees, attorneys and all persons in active concert or participation with them, be permanently enjoined from suing or threatening to sue, or making any charge against Ariba, or its distributors, licensees or customers, concerning alleged infringement of the '050, '653, or '105 patents;
>
> e) an award of costs and attorneys fees pursuant to 35 U.S.C. § 285 in that this is an exceptional case or as otherwise permitted by law; and

6

f)   such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ARIBA, INC.,
By its attorneys,

H. Joseph Hameline, BBO No. 218710
Geri L. Haight, BBO No. 638185
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617-542-6000
Facsimile: 617 542-2241

OF COUNSEL:

Robert T. Haslam
L.J. Chris Martiniak
Elizabeth S. Pehrson
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

DATED: September 16, 2005

LIT 1541702v.1

OJS 44 (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ARIBA INC. | SKY TECHNOLOGIES LLC |

| (b) County of Residence of First Listed Plaintiff Santa Clara County, CA<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Suffolk<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |
|---|---|
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>H. JOSEPH HAMELINE, BBO No. 218710<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>One Financial Center, Boston, MA 02111<br>Telephone: (617) 542-6000<br>Facsimile: (617) 542-2241 | Attorneys (If Known)<br><br>05 CA 11883 WGY |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury—Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

Transferred from
☐ 5 another district (specify)

☐ 6 Multidistrict Litigation

Appeal to District
☐ 7 Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §§ 2201 and 2202, 35 U.S.C. § 1 et. seq.

Brief description of cause:
Declaratory judgment of patent invalidity and noninfringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE
9/16/2005

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

American LegalNet, Inc.    www.USCourtForms.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)    Ariba Inc. v. Sky Technologies LLC

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
    rule 40.1(a)(1)).

    [ ]    I.      160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    [✓]    II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                   740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    [ ]    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,    CA 11883 WGY
                   315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                   380, 385, 450, 891.

    [ ]    IV.     220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
                   690, 810, 861-865, 870, 871, 875, 900.

    [ ]    V.      150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                              YES [ ]    NO [✓]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
    §2403)
                                                              YES [ ]    NO [✓]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                              YES [ ]    NO [ ]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                              YES [ ]    NO [✓]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                              YES [✓]    NO [ ]

    A.    If yes, in which division do all of the non-governmental parties reside?

          Eastern Division [✓]        Central Division [ ]        Western Division [ ]

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
          residing in Massachusetts reside?

          Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
    submit a separate sheet identifying the motions)

                                                              YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    H. JOSEPH HAMELINE  BBO No. 218710

ADDRESS    MINTZ, LEVIN, et al. One Financial Center Boston, MA 02111

TELEPHONE NO.    (617) 542-6000

(CategoryForm.wpd  - 5/2/05)