UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIBA, INC., <br>    Plaintiff, <br><br> v. <br><br> SKY TECHNOLOGIES, LLC <br>    Defendant. | ) <br> ) <br> ) <br> )   C.A. NO. _____ <br> ) <br> ) **05 CA 11883 WGY** <br> ) <br> ) <br> ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Ariba hereby states that it has no parent corporations and no publicly held company owns 10% or more of Ariba's stock.

                Respectfully submitted,

                ARIBA, INC.,
                By its attorneys,

                _/s/ H. Joseph Hameline_
                H. Joseph Hameline, BBO No. 218710
                Geri L. Haight, BBO No. 638185
                MINTZ, LEVIN, COHN, FERRIS,
                 GLOVSKY AND POPEO, P.C.
                One Financial Center

OF COUNSEL:          Boston, MA 02111
                Telephone: (617) 542-6000
Robert T. Haslam        Facsimile: (617) 542-2241
L.J. Chris Martiniak
Elizabeth S. Pehrson
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

DATED: September 16, 2005