IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIBA, INC.<br><br>                Plaintiff,<br><br>   v.<br><br>SKY TECHNOLOGIES LLC<br><br>                Defendant. | Case No. 05 CA 11883-WGY |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

In accordance with Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court, hereby moves that Robert T. Haslam, L.J. Chris Martiniak, and Elizabeth S. Pehrson be permitted to represent the Plaintiff, Ariba, Inc., in the above captioned action for all matters related to this case. Robert T. Haslam, L.J. Chris Martiniak and Elizabeth S. Pehrson are attorneys admitted to practice before the state courts in the State of California and before the United States District Court for the Northern District of California. In support of this motion, the undersigned states:

     1.     Robert T. Haslam, L.J. Chris Martiniak and Elizabeth S. Pehrson are attorneys with the law firm of Heller Ehrman L.L.P., 333 Bush Street, San Francisco, CA 94104.

     2.     Declarations under penalty of perjury setting forth the necessary information regarding Robert T. Haslam's, L.J. Chris Martiniak's and Elizabeth S. Pehrson's qualifications to practice before this Court are attached hereto as Exhibits A, B and C, respectively, and made a part hereof.

2

     3.     The undersigned have agreed to act as local counsel for Ariba, Inc. in this proceeding and, as such, agree to be the Massachusetts recipient of all pleadings and communications on Plaintiff's behalf. The address and telephone number to which all such pleadings and communications may be sent are as follows:

> H. Joseph Hameline, Esq.
> Geri L. Haight, Esq.
> Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
> One Financial Center
> Boston, MA 02111
> Telephone: 617-542-6000
> Fax: 617-542-2241

     WHEREFORE, the undersigned respectfully request that this Court admit Robert T. Haslam, L.J. Chris Martiniak, and Elizabeth S. Pehrson to practice as a visiting attorneys before this Court representing Plaintiffs in all matters related to this proceeding.

> Respectfully submitted,
>
> ARIBA, INC.
>
> /s/ Geri L. Haight
> H. Joseph Hameline (# 218710)
> Geri L. Haight (# 638185)
> Mintz, Levin, Cohn, Ferris,
>   Glovsky & Popeo, P.C.
> One Financial Center
> Boston, MA 02111
> Telephone: 617-542-6000
> Facsimile: 617-542-2241

Dated: September 22, 2005

LIT 1542663v.1

**EXHIBIT A**

I, Robert T. Haslam, declare as follows:

1. I am an attorney admitted to practice before the state courts in the State of California and before the United States District Courts for the Northern District of California, as well as other courts.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 21st day of September, 2005 in Menlo Park, California.

_____
Robert T. Haslam

<u>**EXHIBIT B**</u>

I, L.J. Chris Martiniak, declare as follows:

1. I am an attorney admitted to practice before the state courts in the State of California and before the United States District Court for the Northern District of California, as well as other courts.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 16th day of September, 2005 in San Francisco, California.

*[signature]*

L.J. Chris Martiniak

<u>**EXHIBIT C**</u>

I, Elizabeth S. Pehrson, declare as follows:

1. I am an attorney admitted to practice before the state courts in the State of California and before the United States District Courts for the Northern District of California and the Central District of California.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 16th day of September, 2005 in San Francisco, California.

*/s/ Elizabeth Pehrson*

Elizabeth S. Pehrson