IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARIBA, INC.
        Plaintiff,

v.

SKY TECHNOLOGIES LLC
        Defendant.

Case No. 05 CA 11883-WGY

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff Ariba, Inc. regarding the above-referenced matter.

Respectfully submitted,

*/s/ Geri L. Haight*

Geri L. Haight (# 638185)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617-542-6000
Facsimile: 617-542-2241
glhaight@mintz.com

Dated: September 23, 2005

LIT 1542938v.1