UNITED STATES DISTRICT COURT
District of Massachusetts

Case Number #05 CA 11883 WGY

------------------------------------ X
ARIBA Inc.

      Plaintiff,

VS.

SKY TECHNOLOGIES LLC
    Defendant
------------------------------------ X

## AFFIDAVIT OF SERVICE

I, Dominic H. Rivers being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 6th day of October, 2005 at approximately the time of 4:30 PM, I served a **SUMMONS** along with the following documents:

1. Civil Action Cover Sheet
2. Complaint
3. Corporate Disclosure Statement

**Upon SKY TECHNOLOGIES LLC**, by leaving copies of said documents at 41 Rutland Square, Boston, Massachusetts, 02118. This residential address is both the company's principal office and the company's sole officer's (Jeffrey M. Conklin) last and usual place of abode.

Previously, agents of Beacon Hill Research unsuccessfully attempted to serve these papers in hand to Mr. Conklin at the same address at the following dates and times: September 19 at 10:45 AM, September 19 at 8:30PM, September 20 at 9:45AM, and October 1 at 3:00PM.

                                                  Dominic H. Rivers
                                                  Process Server

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

ARIBA INC.

**SUMMONS IN A CIVIL CASE**

V.

SKY TECHNOLOGIES LLC

CASE NUMBER:

# 05 CA 11883 WGY

TO: (Name and address of Defendant)
SKY TECHNOLOGIES LLC
41 Rutland Square
Boston, Massachusetts 02118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

H. JOSEPH HAMELINE, BBO No. 218710
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK   SARAH A. THORNTON

(By) DEPUTY CLERK

DATE   SEP 16 2005

2002 © American LegalNet, Inc.