UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ARIBA, INC., | ) | |
| Plaintiff, | ) | |
|  | ) | C.A. NO. 1:05-CV-11883-WGY |
| v. | ) | |
|  | ) | |
| SKY TECHNOLOGIES, LLC | ) | |
| Defendant. | ) | |
|  | ) | |

## DEMAND FOR JURY TRIAL

Ariba hereby demands a trial by jury as to all issues triable by jury.

Respectfully submitted,
ARIBA, INC.,
By its attorneys,

_____/s/ H. Joseph Hameline_____

| OF COUNSEL: | H. Joseph Hameline, BBO No.  218710 |
|---|---|
| Robert T. Haslam | Geri L. Haight, BBO No. 638185 |
| L.J. Chris Martiniak | MINTZ, LEVIN, COHN, FERRIS, |
| Elizabeth S. Pehrson |   GLOVSKY AND POPEO, P.C. |
| HELLER EHRMAN LLP | One Financial Center |
| 333 Bush Street | Boston, MA  02111 |
| San Francisco, CA  94104-2878 | Telephone:  (617) 542-6000 |
| Telephone: (415) 772-6000 | Facsimile:  (617) 542-2241 |
| Facsimile: (415) 772-6268 | |
| DATED:  November 14, 2005 | |

## CERTIFICATE OF SERVICE

I, H. Joseph Hameline, certify that a true copy of this document was served upon all counsel of record by either electronic or first class mail, postage prepaid.

_____/s/ H. Joseph Hameline_____
H. Joseph Hameline

LIT 1550207v.1