IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIBA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SKY TECHNOLOGIES LLC<br><br>    Defendant. | Case No. 05 CA 11883-WGY |

**MOTION FOR ADMISSION PRO HAC VICE OF BRIAN D. MELTON
AS COUNSEL FOR THE DEFENDANT, SKY TECHNOLOGIES LLC**

The Defendant, Sky Technologies LLC ("Sky"), by its counsel Andrew D. Kang, a member of the Bar of the Commonwealth of Massachusetts and a member of the firm Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, pro hac vice, of Brian D. Melton to appear as co-counsel for Sky in this matter.

In support of this Motion, attached as Exhibit A is an Affidavit of Brian D. Melton in Support of Motion for Leave to Appear Pro Hac Vice, certifying that (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; and (3) he is familiar with the Massachusetts Rules of Civil Procedure and the Rules of the Superior Court.

WHEREFORE, Defendant, Sky Technologies LLC, respectfully requests that the Court grant its Motion for Admission Pro Hac Vice of Brian D. Melton, as co-counsel in this matter.

>Respectfully submitted,
>
>SKY TECHNOLOGIES LLC
>
>By their attorneys,
>
>/s/ Andrew D. Kang
>Andrew D. Kang   (BBO# 637476)
>GREENBERG TAURIG, LLP
>One International Place
>Boston, MA  02110
>Telephone: 617-310-6000
>Facsimile:  617-310-6001
>Email:  kanga@gtlaw.com
>
>*Lead Attorney for Sky Technologies LLC*

*Of Counsel:*

Stephen D. Susman  (State Bar No. 19521000)
Max L. Tribble, Jr.  (State Bar No. 20213950)
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone:  713-651-9366
Facsimile:   713-654-6666

George M. Schwab
April E. Abele
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111

*Attorneys for Sky Technologies LLC*


DATED: December 12, 2005

2

**CERTIFICATE OF SERVICE**

I, Andrew D. Kang, hereby certify that on the 12th day of December, 2005, I served a copy of the foregoing *Motion for Admission Pro Hac* Vice by U.S. Mail to the following counsel of record:

H. Joseph Hameline
Geri L. Haight
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111

Robert T. Haslam
L.J. Chris Martiniak
Annette L. Hurst
Elizabeth S. Pehrson
Heller Ehrman L.L.P.
333 Bush Street
San Francisco, CA  94104

Magistrate Joyce L. Alexander
John Joseph Moakley United States Courthouse
1 Courthouse Way
Courtroom #24 - 7th Floor
Boston, MA 02210

/s/ Andrew D. Kang
Andrew D. Kang

bos-fs1\kanga\178690v01\12/12/05\91569.010100

3

## EXHIBIT A

I, Brian D. Melton, declare as follows:

1. I am an attorney to practice before the state courts in the State of Texas and before the Southern District Court of Texas; Eastern District Court of Texas; Northern District Court of Texas; Western District Court of Texas; United States Supreme Court; and United States Court of Appeals Federal Circuit.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I am familiar with the Massachusetts Rules of Civil Procedure and the Rules of the Superior Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 12th day of December, 2005 in Houston, Texas.

Brian D. Melton