IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIBA, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>SKY TECHNOLOGIES LLC<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 05 CA 11883-WGY<br>§<br>§<br>§<br>§<br>§ |

## MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN D. SUSMAN AS COUNSEL FOR THE DEFENDANT, SKY TECHNOLOGIES LLC

The defendant, Sky Technologies LLC ("Sky"), by its counsel Andrew D. Kang, a member of the Bar of the Commonwealth of Massachusetts and a member of the firm Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, pro hac vice, of Stephen D. Susman to appear as co-counsel for Sky in this matter.

In support of this Motion, attached as Exhibit A is an Affidavit of Stephen D. Susman in Support of Motion for Leave to Appear Pro Hac Vice, certifying that (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; and (3) he is familiar with the Massachusetts Rules of Civil Procedure and the Rules of the Superior Court.

WHEREFORE, defendant, Sky Technologies LLC, respectfully requests that the Court grant its Motion for Admission Pro Hac Vice of Stephen D. Susman, as co-counsel in this matter.

       Respectfully submitted,

       SKY TECHNOLOGIES LLC

       By their attorneys,


       /s/ Andrew D. Kang
       Andrew D. Kang   (BBO# 637476)
       GREENBERG TRAURIG, LLP
       One International Place
       Boston, MA  02110
       Telephone:  617-310-6000
       Facsimile:  617-310-6001
       Email:  kanga@gtlaw.com

       *Lead Attorney for Sky Technologies LLC*

*Of Counsel:*

Stephen D. Susman  (State Bar No. 19521000)
Max L. Tribble, Jr.  (State Bar No. 20213950)
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone:  713-651-9366
Facsimile:  713-654-6666

George M. Schwab
April E. Abele
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111

*Attorneys for Sky Technologies LLC*


DATED: December 14, 2005

## CERTIFICATE OF SERVICE

I, Andrew D. Kang, hereby certify that on the 14th day of December, 2005, I served a copy of the foregoing *Motion for Admission Pro Hac* Vice by U.S. Mail to the following counsel of record:

H. Joseph Hameline
Geri L. Haight
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Robert T. Haslam
L.J. Chris Martiniak
Annette L. Hurst
Elizabeth S. Pehrson
Heller Ehrman L.L.P.
333 Bush Street
San Francisco, CA 94104

/s/ Andrew D. Kang
Andrew D. Kang

## EXHIBIT A

I, Stephen D. Susman, declare as follows:

1. I am an attorney to practice before the state courts in the State of Texas and before the D.C. Courts; State Courts of New York; State Courts of Colorado; United States District Courts; Southern District of Texas; Western District of Texas; Northern District of Texas; Eastern District of Texas; United States Courts of Appeals; 2nd Circuit; 5th Circuit; 8th Circuit; 9th Circuit; D.C. Circuit; 10th Circuit; Federal Circuit; and the United States Supreme Court.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I am familiar with the Massachusetts Rules of Civil Procedure and the Rules of the Superior Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 13th day of December, 2005 in Houston, Texas.

_____
Stephen D. Susman