UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIBA, INC.,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SKY TECHNOLOGIES, LLC<br>　　　　　Defendant. | 05 C.A. 11883 WGY |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to the Dismissal Agreement between the parties dated January 17, 2006, the parties to the above-captioned action hereby stipulate and agree that all claims, cross-claims and counter-claims that have been raised in this action are hereby dismissed without prejudice. The parties agree that each shall bear its own costs and expenses in this action, including its attorneys' fees.

SKY TECHNOLOGIES LLC,
By its attorneys,

Andrew D. Kang
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

Stephen D. Susman
Max L. Tribble
Brian D. Melton
SUSMAN GODFREY LLP
1000 Louisiana Street, Ste 5100

ARIBA, INC.,
By its attorneys,

H. Joseph Hameline, BBO No. 218710
Geri L. Haight, BBO No. 638185
MINTZ, LEVIN, COHN, FERRIS,
　GLOVSKY AND POPEO, P.C.
One Financial Center, Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Robert T. Haslam (*pro hac vice*)
L.J. Chris Martiniak (*pro hac vice*)
Elizabeth S. Pehrson (*pro hac vice*)
HELLER EHRMAN LLP

Houston, TX 77002  
Telephone: (713) 651-9366  
Facsimile: (713) 654-6666  

333 Bush Street, San Francisco, CA 94104  
Telephone: (415) 772-6000  
Facsimile: (415) 772-6268  

Dated: January 17, 2005

IT IS SO ORDERED.

_____  
Hon. William G. Young